IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:14-cr-149 |
| v. | : | THOMAS M. ROSE |
| XIAFEN CHEN, aka "Sherry Chen" | : | **INDICTMENT**<br>18 U.S.C. § 641<br>18 U.S.C. § 1001 |
| Defendant. | : | 18 U.S.C. § 1030(a)(2) |

THE GRAND JURY CHARGES THAT:

## COUNT 1
### [18 U.S.C. § 641]

Between on or about May 10, 2012 and May 24, 2012, while in the Southern District of Ohio, the defendant **XIAFEN CHEN**, willfully and knowingly did steal and purloin certain sensitive, restricted and proprietary computerized fields of data involving critical national infrastructure contained in the National Inventory of Dams database maintained by the United States Army Corps of Engineers in conjunction with the National Dam Safety Review Board, having a value in excess of $1,000, the property of the United States.

In violation of Title 18, United States Code, Section 641.

## COUNT 2
### [18 U.S.C. § 1030(a)(2)]

Between on or about May 10, 2012 and May 15, 2012, while in the Southern District of Ohio, the defendant **XIAFEN CHEN,** intentionally exceeded authorized access to a protected U.S. Government computer database, namely the National Inventory of Dams database maintained by the United States Army Corps of Engineers in conjunction with the National Dam Safety Review Board, and thereby obtained sensitive, restricted, and proprietary fields of data concerning critical national dam infrastructures, said information having a value in excess of $5,000.

In violation of Title 18, United States Code, Section 1030(a)(2).

1

## COUNT 3
## [18 U.S.C. § 1001]

On or about June 11, 2013, while in the Southern District of Ohio, in a matter within the jurisdiction of the Department of Commerce, an agency of the United States, the defendant **XIAFEN CHEN,** did knowingly and willfully make a false representation, to wit: that she never, without proper authority, logged onto the restricted area of the National Inventory of Dams database to access sensitive, restricted and proprietary fields of data concerning critical national dam infrastructures.

In violation of Title 18, United States Code, Section 1001.

## COUNT 4
## [18 U.S.C. § 1001]

On or about June 11, 2013, while in the Southern District of Ohio, in a matter within the jurisdiction of the Department of Commerce, an agency of the United States, the defendant **XIAFEN CHEN,** did knowingly and willfully make a false representation, to wit: that she never, without proper authority, downloaded sensitive, restricted and proprietary fields of data concerning critical national dam infrastructures from the restricted area of the National Inventory of Dams database.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL

//SIGNED//
FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

LAURA I. CLEMMENS
Dayton Branch Chief