FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: (U//FOUO) Review of "xiafenmail@yahoo.com"  Date: 07/11/2014
email account; list of recipients and
senders.

From: CINCINNATI
      CI-4
      Contact: ERIC M. PROUDFOOT, 937-291-5267

Approved By: SSA Eliza M. Odom

Drafted By: ERIC M. PROUDFOOT

Case ID #:                              (U//FOUO) XIAFEN CHEN, a.k.a. SHERRY
                                        CHEN - USPER; YAHOO
                                        (U//FOUO) XIAFEN CHEN, a.k.a. SHERRY
                                        CHEN - USPER;
                                        U.S. ARMY CORPS OF ENGINEERS - VICTIM
                                        ECONOMIC ESPIONAGE - PRC

Synopsis: (U//FOUO) Review of "xiafenmail@yahoo.com" email account;
list of recipients and senders.

Administrative Notes: (U//FOUO) Information in this serial was
obtained pursuant to Federal search warrant 3:14mj-247.

Details:

Between 07/09/2014 and 07/10/2014, writer conducted a review of the
e-mail account data provided by YAHOO! pursuant to Federal search
warrant 3:14mj-247, with the following observations.

In response to the aforementioned warrant YAHOO! provided the user
profile for "xiafenmail@yahoo.com" as produced by the Yahoo Account
Management Tool; the dates, times, and IP addresses for logins, as
produced by the Login Tracker Tool; the Messenger friends list, as
produced by the Yahoo Account Management Tool; a snapshot of the e-mail
account contents for the last year maintained in the account; and the

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title: (U//FOUO) Review of "xiafenmail@yahoo.com" email account; list of recipients and senders.
Re: ███████████ YAHOO, 07/11/2014

Address Book contents. E-mail messages were provided spanning the time period of approximately 06/22/2013 through 06/21/2014.

From the information contained in the e-mail "mbox" file, the following senders and recipients were noted:

"69095501@qq.com"

"Amazon.com Gift Card (qc-orders@qc.email.amazon.com)

"BENEFEDS" (email@info.benefeds.com)

"Blue Cross and Blue Shield Service Benefit Plan
    (personalhealth@webmdhealth.com)

"Blue Health Connection Surveys" (surveys@careenhance.com)

"customerservice@kmart.com"

"CyberCalling.com" (service@cybercalling.com)

"Dan King" (dankingusa@gmail.com) through sender
    (dankingusa=gmail@platinumpromarketing.com)

"Delta Air Lines" (DeltaAirLines@e.delta.com)

"Delta Messenger" (deltamessenger@delta.com)

"directory@ucci.com"

"Discount Dining Dollars" (contactus@email.rewards-statement.com)

"dking@usavingsbank.com"

"donotreply@allianzassistance.com"

"e-Miles Earning Opportunity" (earn@earn-e-miles.com)

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title: (U//FOUO) Review of "xiafenmail@yahoo.com" email account; list of recipients and senders.
Re: ███████████ YAHOO, 07/11/2014

"e-Rewards" (erewards@e-rewards.net)

"Eva" (eva2003007@yahoo.com)

"Eva Shao" (eva2003007@yahoo.com)

"FirstEnergy Solutions" (renew@email.fesrenew.com)

"Hilton HHonors" (hhonors@h1.hiltonhhonors.com)

"Hyatt Gold Passport" (info@e.hyatt.com)

"Hyatt Hotels & Resorts" (Hyatt@express.medallia.com)

"Intuit Electronic Filing Center" (TurboTax@e.turbotax.intuit.com)

"IntuitElectronicFilingCenter@intuit.com"

"Investorplace Special Offers" (specialoffers@investorplace.com)

"Jack Binion's Steak-Horseshoe Casino Cincinnati Reservations" (member_services@opentable.com)

"Kathleen Guaracino" (kguaracino@ktmc.com)

"KMART" (kmart@value.kmart.com)

"Louis Navellier" (LouisNavellier@investorplace.com)

"mary_lee111@yahoo.com"

"Matt Roberts, CEO OpenTable" (opentable@insider.opentable.com)

"McAfee" (subscriptions@mcafee.com)

"MedicareProviders" (mail_noreply@qaveleco.net)

"MileagePlus Dining" (mpdining@email.rewardsnetwork.com)

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title: (U//FOUO) Review of "xiafenmail@yahoo.com" email account; list of recipients and senders.
Re: ▓▓▓▓▓▓▓▓▓▓ YAHOO, 07/11/2014

"MileagePlus Partner" (MileagePlus_Partner@news.united.com)

"MileagePlus Program" (MileagePlus@news.united.com)

"MileagePlus Shopping" (email@mileageplusshoppingnews.com)

"MileagePlus Statement" (MyMileagePlus@news.united.com)

"mpelly@bc.edu"

"MyBlue Portal" (admin@healthmedia.com)

"Nike Survey" (offer_info@ziteckle.com)

"offers@searsvacations.com"

"OpenTable" (member_services@opentable.com)

"Rite Aid Online Store" (riteaid@email.riteaid.com)

"Rite Aid Pharmacy" (inquiry@riteaid.com)

"Rite Aid Weekly Offers" (riteaid@email.riteaid.com)

"Ryan's - Crave Connection" (buffets@buffets.fbmta.com)

"Ryan's - ST ROBERT, MO -RYAN" (buffets@buffets.fbmta.com)

"Sears" (sears@account.sears.com)

"Sears Vacations" (service@e.searsvacations.com)

"service@benefeds.com"

"service@CyberCalling.com"

"Shop Your Way" (rewards@rewards.shopyourwayrewards.com)

"Shop Your Way Rewards" (rewards@rewards.shopyourwayrewards.com)

UNCLASSIFIED//FOUO

Title: (U//FOUO) Review of "xiafenmail@yahoo.com" email account; list of recipients and senders.
Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓ YAHOO, 07/11/2014

"Southwest Airlines Rapid Rewards" (RapidRewards@luv.southwest.com)

"SugarSync" (news@sugarsync.com)

"Time Warner Cable" (timewarnercable@email.timewarnercable.com)

"Timeshare Facts" (mail_noreply@cathogen.com)

"TryVapex" (mail_noreply@matripas.net)

"TurboTax" (turbotax@e.turbotax.intuit.com)

"Ultimate Growth" (service@ultimategrowth.com)

"United Airlines, Inc" (unitedairlines@united.com)

"United Concordia" (uccom@ucci.com)

"United News & Deals" (UnitedAirlines@news.united.com)

"walmos@nicngl.ru"

"WinZip Computing" (winzip-announce@winzip.com)

"Worden Brothers Inc." (info@wordenbrothers.info)

"wra-2@mygofer.com"

"Xiafen C" (xiafenmail@yahoo.com)

"xueying@mexpo.cn"

"lovechenxi88@126.com"

The following names were found to be associated with the target e-mail account "xiafenmail@yahoo.com"

"Xiafen Chen"

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title:  (U//FOUO) Review of "xiafenmail@yahoo.com" email account; list of recipients and senders.
Re: ▇▇▇▇▇▇▇▇▇▇YAHOO, 07/11/2014

"Xiafen C"

"Huoyuan Chen"

The following e-mail addresses/users appeared to engage in personal communication with XAIFENMAIL@yahoo.com:

   "Eva Shao" (eva2003007@yahoo.com)

   "xueying@mexpo.cn"

   "lovechenxi88@126.com"

   "69095501@qq.com"

==A majority of the e-mail communications contained in the target account appeared to be marketing and spam messages, with emphasis on frequent flier programs, coupons/shopping, and personal investing matters. No e-mail messages either to or from TIAN RUI CHEN or YONG JIAO were found.==  Contents of the address book for xiafenmail@yahoo.com did appear to have an e-mail address for Tian Rui Chen, but not Yong Jiao.

The address book contained only the following names:

   "chentianrui"    - Messenger Contact

   "chenyan_yb"    - Messenger Contact

   "dankingusa@gmail.com" - E-mail contact

   "dking@usavingsbank.com - E-mail contact

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title: (U//FOUO) Review of "xiafenmail@yahoo.com" email account; list of recipients and senders.
Re: ▓▓▓▓▓▓▓▓▓▓ YAHOO, 07/11/2014

"eva2003007@yahoo.com" - E-mail contact

"service@cybercalling.com" - E-mail contact

"sabrina_622@yahoo.cn" - Messenger contact

"xueying@mexpo.cn" - E-mail contact

◈◈

035