# EXHIBIT 1

From: Trent Schade
Sent: Fri 5/11/2012 7:52 PM (GMT-00:00)
To: Xiafen Chen
Cc:
Bcc:
Subject: Fwd: Info on Dams (UNCLASSIFIED)

Sherry,

Please refer requests related to dam information the Corps of Engineers.

Have them call the operations number for water management at 513-684-3072, and they will help them get the information they need.

Thanks,
Trent


---------- Forwarded message ----------
From: **Lee, Deborah H LRDOR** <Deborah.H.Lee@usace.army.mil>
Date: Fri, May 11, 2012 at 3:08 PM
Subject: RE: Info on Dams (UNCLASSIFIED)
To: Trent Schade <trent.schade@noaa.gov>


Classification: UNCLASSIFIED
Caveats: NONE

Trent,
 Please have Sherry refer the person to us and we'll address his/her questions.
Thank you,
Debbie

Deborah H. Lee, PE, PH, D.WRE, FE
Chief, Water Management Division
513-684-3070  office
513-535-4103  cell
https://sp.lrd.usace.army.mil/Org/rwm/default.aspx


-----Original Message-----
From: Trent Schade [mailto:trent.schade@noaa.gov]
Sent: Friday, May 11, 2012 2:48 PM
To: Lee, Deborah H LRDOR
Subject: Fwd: Info on Dams

Debbie,

Sherry is after a public information source related to dams.  I would think mostly this information is not

organized at a national level for public consumption due to national security concerns.  I think some states might have information related to dam safety and dam inspections, but it may not be publicly available.

I'd appreciate if you have any ideas or know of any other sources.

Thanks,
Trent


---------- Forwarded message ----------
From: Xiafen Chen <xiafen.chen@noaa.gov>
Date: Fri, May 11, 2012 at 1:31 PM
Subject: Info on Dams
To: Trent Schade <trent.schade@noaa.gov>


Trent,

Some one asked me about dam related questions that I don't have straight answers and thought you might be the best person to ask. Do you know or can point me some contacts or agencies from which I can find more info such as:
1 Total dam storage or capacity at national level 2. The policy and procedures or guidelines to follow to build new dams 3. For large dams managed by COE, who pays for the construction and

maintenance and what are loan souces etc.


National Inventory of Dams (NID) has dam storage info but it is by dams or states and only available to government users.  Where to get some general info for public?

Thanks.

Sherry



--
Trent Schade
Hydrologist in Charge, Ohio River Forecast Center National Weather Service, NOAA
937-383-0528 office
513-746-1246 cell



Classification: UNCLASSIFIED
Caveats: NONE

--
Trent Schade
Hydrologist in Charge, Ohio River Forecast Center
National Weather Service, NOAA
937-383-0528 office
513-746-1246 cell