# EXHIBIT 2



Thanks a lot! Jiao
----- Original Message -----
From: Xiafen C
To: jiaoyong
Sent: Tuesday, May 29, 2012 8:44 AM
Subject: More information

Jaoyong,

I talked to a chief of Water Management Division of the U.S. Army Corps of Engineers (COE). I asked about water storage of dams at national level as well as complete process of building dams. Here is a brief summary of our conversation.

- COE owns and operates more than 600 dams in the Untied States.
- COE operates and maintains 12,000 miles of commercial inland navigation channels.
- COE maintains 926 coastal, Great Lakes and inland harbors.
- COE provides a total water supply storage capacity of 329.2 million acre-feet in major Corps lakes.
- Owns and operates 24 percent of the U.S. hydropower capacity or 3 percent of the total U.S. electric capacity
- Dams to be built require authorization from US congress
- A study to assess feasibility must be done by COE.
- Dams to be built and approved by the Congress will get 100% financing, no cost sharing with states or local governments.
- Water users have to pay fees for the cost of building and maintenance of the dams.
- No new dams have been built since early 1980s. There is a tremendous need for dam repairing in the United States

Here is a link of more information on COE mission and Civil Works.
http://www.usace.army.mil/Missions.aspx

I was also told that we would see many changes in the future since the federal government is going revise the policy and procedures of the whole process of building new infrastructure.

The Water Management Chief at COE said you could contact them directly if you have more specific questions.

Let me know if you need other information

Take care

Received 6/11/13 1719
From Xiaofan Chen
Wilmington, OH
MTB

0036

Here are some websites and articles with contact information that might be interested to you.

1. Federal Energy Regulatory Commission (FERC) http://www.ferc.gov/for-citizens/about-ferc.asp

FERC is an independent agency that regulates the interstate transmission of natural gas, oil, and electricity. FERC also regulates natural gas and **hydropower projects. It also oversees environmental matters related to natural gas and hydropower projects** and major electricity policy initiatives. It can be contacted at:

Office of External Affairs
Telephone: 202-502-8004
Toll-free: 1-866-208-3372
Email: customer@ferc.gov

2. This article provides a brief review of who is involved in decisions affecting dams at Federal, state, tribal in the United States
http://ucowr.org/updates/126/126_A7.pdf

3. The following is the National Inventory of Dams (NID) website maintained and published by the US Amy corps of Engineers with collaboration with the Federal Emergency Management Agency (FEMA) and state regulatory offices. http://geo.usace.army.mil/pgis/f?p=397:1

The NID database contains dam information on location, type, storage, capacity, year of built etc. The dams meet at least one of the following criteria:
1) High hazard classification - loss of one human life is likely if the dam fails,
2) Significant hazard classification - possible loss of human life and likely significant property or environmental destruction,
3) Equal or exceed 25 feet in height and exceed 15 acre-feet in storage,
4) Equal or exceed 50 acre-feet storage and exceed 6 feet in height.

However, this database is only for government users and non-government users are not able to directly download any data from this site.

I contacted some people I worked with at the COE regarding public information sources such as the total dam capacity, policies, procedures and guidelines for dam permit, regulation, financial aids etc. I was told that the Water Management Divisions at Corps of Engineer (COE) could answer dam related questions. They said you could can their operation number for Water Management at COE at 513-684-3072.

I will do some more search and let you know what I come up with.

Received 6/14/13 mm
From Xianfen Chen
Wilmington, OH
mmby

Chen Xiafen

From: jiaoyong <yjiao@mwr.gov.cn>
To: Xiafen C <xiafenmail@yahoo.com>
Sent: Tuesday, May 22, 2012 12:07 AM
Subject: Re: Hello

Hi, Xiafen; Your email received. I am sorry to reply you with a delay as I was on an one-week trip for inspection of flood works. Thanks for the information you forward to me. I will go through it.

Best regards

Jiaoyong

----- Original Message -----
From: Xiafen C
To: yjiao@mwr.gov.cn
Sent: Monday, May 21, 2012 5:37 AM
Subject: Fw: Hello

Jiao Yong,

I am send my earlier email again since I haven't heard from you. Pleas drop me note once you received the email. Thank you.

Chen Xiafen

----- Forwarded Message -----
From: Xiafen C <xiafenmail@yahoo.com>
To: "yjiao@mwr.gov.cn" <yjiao@mwr.gov.cn>
Sent: Tuesday, May 15, 2012 8:00 PM
Subject: Hello

Hello Jiao Yong,

It was very glad to meet you in Beijing after so many years and impressed with your achievement and contribution to the nation in water resources development and management.
I am back to home now and have been looking for the dam related information you are interested.

Received 6/11/13 FY1 From Xiafen Cher Wilmington, OH mjp

0038

Hi, Xiafen; Your email received. I am sorry to reply you with a delay as I was on an one-week trip for inspection of flood works. Thanks for the information you forward to me. I will go through it.

Best regards

Jiaoyong

----- Original Message -----
From: Xiafen C
To: yjiao@mwr.gov.cn
Sent: Monday, May 21, 2012 5:37 AM
Subject: Fw: Hello

Jiao Yong,

I am send my earlier email again since I haven't heard from you. Pleas drop me note once you received the email. Thank you.

Chen Xiafen

----- Forwarded Message -----
From: Xiafen C <xiafenmail@yahoo.com>
To: "yjiao@mwr.gov.cn" <yjiao@mwr.gov.cn>
Sent: Tuesday, May 15, 2012 8:00 PM
Subject: Hello

Hello Jiao Yong,

It was very glad to meet you in Beijing after so many years and impressed with your achievement and contribution to the nation in water resources development and management.
I am back to home now and have been looking for the dam related information you are interested.
Here are some websites and articles with contact information that might be interested to you.
1. Federal Energy Regulatory Commission (FERC) http://www.ferc.gov/for-citizens/about-ferc.asp
FERC is an independent agency that regulates the interstate transmission of natural gas, oil, and electricity. FERC also regulates natural gas and hydropower projects. It also oversees environmental matters related to natural gas and

*Received 6/11/13 15:15 From Xianfen Chen Wilmington, OH MTP*

0039

hydropower projects and major electricity policy initiatives. It can be contacted at:
Office of External Affairs
Telephone: 202-502-8004
Toll-free: 1-866-208-3372
Email: customer@ferc.gov

2. This article provides a brief review of who is involved in decisions affecting dams at Federal, state, tribal in the United States
http://ucowr.org/updates/126/126_A7.pdf

3. The following is the National Inventory of Dams (NID) website maintained and published by the US Army corps of Engineers with collaboration with the Federal Emergency Management Agency (FEMA) and state regulatory offices.  http://geo.usace.army.mil/pgis/f?p=397:1
The NID database contains dam information on location, type, storage, capacity, year of built etc. The dams meet at least one of the following criteria:
1) High hazard classification - loss of one human life is likely if the dam fails,
2) Significant hazard classification - possible loss of human life and likely significant property or environmental destruction,
3) Equal or exceed 25 feet in height and exceed 15 acre-feet in storage,
4) Equal or exceed 50 acre-feet storage and exceed 6 feet in height.

However, this database is only for government users and non-government users are not able to directly download any data from this site.

I contacted some people I worked with at the COE regarding public information sources such as the total dam capacity, policies, procedures and guidelines for dam permit, regulation, financial aids etc. I was told that the Water Management Divisions at Corps of Engineer (COE) could answer dam related questions. They said you could can their operation number for Water Management at COE at 513-684-3072.

I will do some more search and let you know what I come up with.

Keep in touch.

Chen Xiafen
937-382-5052

Received 6/11/13 1512
From Xian Fen Chen
Wilmington, OH
/TM

0040