UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 3:14CR149TMR |
| **Plaintiff,** | ) | <u>GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT</u> |
| **v.** | ) | |
| **XIAFEN CHEN,** | ) | |
| **Defendant.** | ) | |
| | ) | |

Pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Southern District of Ohio, hereby moves to dismiss the indictment against the defendant in this matter.  This motion is based upon the attached memorandum of points and authorities, the

//

//

//

//

//

//

//

//

i

files and records in this case, and such evidence or argument as may be presented at any hearing on this matter.

DATED: March 10, 2015             Respectfully submitted,

                                  CARTER M. STEWART
                                  UNITED STATES ATTORNEY

                                  s/Brent G. Tabacchi
                                  BRENT G. TABACCHI (6276029 IL)
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff
                                  602 Federal Building
                                  200 West Second Street
                                  Dayton, OH  45402
                                  Telephone: (937) 225-2910
                                  Fax: (937) 225-2564
                                  brent.tabacchi@usdoj.gov

**MEMORANDUM OF POINTS AND AUTHORITIES**

Federal Rule of Criminal Procedure 48(a) provides that "the government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. Proc. 48(a). "Separation-of-powers concerns generally require a district court to defer to the government's decision to seek a dismissal of a criminal charge because a denial of the motion would represent an intrusion upon prosecutorial prerogative." United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995). Phrased differently, "the decision to dismiss [a complaint] implicates concerns that the Executive is uniquely suited to evaluate, and a district court should be reluctant to deny its request." Id.; see also United States v. Salinas, 693 F.2d 348, 352 (5th Cir. 1982) ("The Executive [Branch] remains the absolute judge of whether a prosecution should be initiated and the first and presumptively the best judge of whether a pending prosecution should be terminated. The exercise of its discretion with respect to the termination of pending prosecutions should not be judicially disturbed unless clearly contrary to manifest public interest.").

//

//

//

//

1

Here, the United States elects to exercise its discretion and discontinue the prosecution of this case.  The United States has spoken with defense counsel, who has no objection to this motion.  The United States therefore respectfully requests that the Court grant this motion.


DATED: March 10, 2015        Respectfully submitted,

                                       CARTER M. STEWART
                                       UNITED STATES ATTORNEY

                                       s/Brent G. Tabacchi
                                       BRENT G. TABACCHI (6276029 IL)
                                       Assistant United States Attorney
                                       Attorneys for Plaintiff
                                       602 Federal Building
                                       200 West Second Street
                                       Dayton, OH   45402
                                       Telephone: (937) 225-2910
                                       Fax: (937) 225-2564
                                       brent.tabacchi@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 10th day of March, 2015, on defendants' counsel via the Court's ECF system.

                                       s/Brent G. Tabacchi
                                       BRENT G. TABACCHI
                                       Assistant United States Attorney