UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                            Case No. 3:14-CR-149

XIAFEN CHEN,

        Defendant.

**ORDER GRANTING MOTION TO DISMISS THE INDICTMENT; TERMINATION ENTRY**

On March 10, 2015, the United States filed an unopposed motion to dismiss the indictment against Xiafen Chen. The Court hereby GRANTS the motion of the United States and orders the dismissal of the indictment against Xiafen Chen.

**DONE** and **ORDERED** in Dayton, Ohio, this 11th day of March 2015.

                                                        THOMAS M. ROSE
                                                        UNITED STATES DISTRICT JUDGE