IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff(s)

Case Number: CR-3-14-149

vs

XIAFEN CHEN

    Defendant(s)

---

CLERK'S REQUEST TO RELEASE PASSPORT

---

It appearing to the Court that the case against said defendant, XIAFEN CHEN, has been resolved on 03/11/2015 an order dismissing all charges was entered and case dismissed.

The Clerk requests permission to return the passport forfeited to this court.

RICHARD W. NAGEL, CLERK

By _____
    Financial Deputy

**IT IS SO ORDERED:**

_____
**THOMAS M. ROSE,
UNITED STATES DISTRICT JUDGE**